THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NICHOLAS HAMPTON
    VS

GATEWAY ONE LENDING & FINANCE,
FRIEDMAN & ASSOCIATES,
JEFFREY L. FRIEDMAN,
ROBERT PENDER AND PRINCE GEORGES
COUNTY CIRCUIT COURT

1:18-MC-00109
---------------------
Misc. Case Number

## AMENDMENT

*Removal of ELaine C. DuKe*

### Miscellaneous Case filling

VIOLATION OF CONSUMER FINANCIAL LAWS, Fair Debt Collection Practices Act (FDCPA), Truth in Lending Act (TILA) & VIOLATION OF U.S. Code: Title 15 & 18

*[signature]*
Nicholas Hampton
2020 PENNSYLVANIA AVE.
WASHINGTON, DC 20006
BOX 371

RECEIVED
SEP 14 2018
Clerk, U.S. District and
Bankruptcy Courts